IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:09CR 68 |
| | § | |
| DUSTIN MICHAEL SHERMAN | § | |

Davis/Love

**SEALED**

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1

Violation: Title 18, United States Code, Section 924(c)(1)(A) (Use and carrying of a firearm during and in relation to a drug trafficking crime)

On or about February 22, 2009, in the Eastern District of Texas, DUSTIN MICHAEL SHERMAN, Defendant herein, did knowingly and intentionally use and carry a firearm, to wit: a Star, Super V, 9mm pistol, bearing serial number 1767877, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 18, United States Code, Section 924(c)(1)(A).

Dated: June 3, 2009

_____
Foreperson of the Grand Jury

JOHN M. BALES
UNITED STATES ATTORNEY

_____
RICHARD L. MOORE
ASSISTANT U.S. ATTORNEY
110 N. College, Suite 700
Tyler, Texas 75702
903-590-1400
Bar Card No. 14366700

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:09CR___ |
| | § | |
| DUSTIN MICHAEL SHERMAN | § | |

## NOTICE OF PENALTY

### COUNT 1

Violation: Title 18, United States Code, Section 924(c)(1)(A) (Possession of a firearm during and in relation to a drug trafficking crime)

Penalty: A term of imprisonment of not less than 5 years, a fine not to exceed $250,000, or both. A term of supervised release of not more than 3 years in addition to such term of imprisonment.

In the case of a second or subsequent conviction of this offense, the term of imprisonment shall not be less than 25 years.

Any person convicted of this violation shall not be placed on probation and no term of imprisonment shall run concurrently with any other term of imprisonment.

Special Assessment: $100.00