IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | CRIMINAL NO. 6:09CR68 |
| | § | JUDGE DAVIS |
| DUSTIN MICHAEL SHERMAN | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

>Violation: 18 U.S.C. § 922(g)(3)
>(Possession of a firearm by an unlawful user of a controlled substance)

On or about February 22, 2009, in the Eastern District of Texas, **Dustin Michael Sherman**, defendant herein, then being an unlawful user of a controlled substance as defined in 21 U.S.C. Sec. 802, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Star, Super V, 9mm pistol, bearing serial number 1767877, all in violation of 18 U.S.C. § 922(g)(3).

Date: _____                    JOHN M. BALES
                                   UNITED STATES ATTORNEY

                                   /s/ Richard R. Moore

                                   RICHARD L. MOORE
                                   Assistant United States Attorney
                                   Texas Bar No. 14366700
                                   110 N. College, Suite 700
                                   Tyler, Texas 75702
                                   (903) 590-1400
                                   (903) 590-1439 (fax)
                                   Richard.Moore2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:09CR68 |
| | § | JUDGE DAVIS |
| DUSTIN MICHAEL SHERMAN | § | |

## NOTICE OF PENALTY

### COUNT ONE

| | |
|---|---|
| Violation: | 18 U.S.C. § 922(g)(3) (Possession of a firearm by an unlawful user of a controlled substance) |
| Penalty: | Imprisonment for a term of not more than 10 years, a fine not to exceed $250,000, or both. A term of supervised release of not more than 3 years. |
| Special Assessment: | $100.00 |